IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

COURVOISIER SIMS,

          Petitioner,

vs.

UNITED STATES OF AMERICA,

          Respondent.

8:24CV302

ORDER

This matter is before the Court on Petitioner's two motions requesting an extension of time to submit a certified copy of his six-month inmate trust account statement. Filing No. 6; Filing No. 8. On August 21, 2024, the Clerk of Court advised Petitioner that his first motion for an extension, Filing No. 6, was unsigned and therefore deficient. The Clerk of Court directed Petitioner to "correct the deficiency" (i.e., file a signed motion) within 14 days, or the pleading "may be stricken from the record of this case." Filing No. 7 (text notice of deficiency). On September 6, 2024, Petitioner filed a second motion for an extension which is essentially identical to his first motion except that the second motion is signed. Filing No. 8. In both motions, Petitioner indicates he has requested a copy of his inmate trust account statement from prison officials, but they provide no timeline for honoring his request. Upon consideration,

IT IS ORDERED that:

1. Petitioner's second motion for extension of time, Filing No. 8, is granted. Petitioner shall have until **October 10, 2024**, to provide a copy of his six-month inmate trust account statement.

2. Petitioner's first motion for extension of time, Filing No. 6, is denied as moot because it is unsigned and the Court has granted Petitioner's later-filed motion.

3. The Clerk of Court is directed to set a pro se case management deadline using the following text: **October 10, 2024**: check for Petitioner's trust account statement.

4. The Court will reserve ruling on Petitioner's Motion for Leave to Proceed in Forma Pauperis, Filing No. 5, until Petitioner's trust account is received.

Dated this 10th day of September, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge