IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

COURVOISIER SIMS,

Petitioner,

vs.

ROB JEFFREYS,

Respondent.

**8:24CV302**

**MEMORANDUM AND ORDER**

This matter is before the Court on Petitioner's Motion for Leave to Appeal in Forma Pauperis. Filing No. 32. Petitioner filed a Notice of Appeal, Filing No. 31, on April 17, 2026. Petitioner appeals from the Court's Memorandum and Order and Judgment dated March 18, 2026. Filing Nos. 29 & 30. Upon review of Petitioner's Motion for Leave to Appeal in Forma Pauperis, the Court finds Petitioner is entitled to proceed in forma pauperis on appeal.

IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Appeal in Forma Pauperis, Filing No. 32, is granted.

Dated this 20th day of April, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge